The Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MARGARET REECE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. C04-5744 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their undersigned counsel of record, that the above-entitled action has been settled and should be dismissed with prejudice and without costs to any party.

　　　Dated this 6th day of February, 2006.

SCHWABE WILLIAMSON & WYATT, P.C.　　　ANDERSON, BURNS & HOSTNIK


By:　 original signed　　　　　　　　By:　 original signed
　　Matthew Turetsky, WSBA #23611　　　　　Mark Triplett, WSBA #31179
　　Jennifer L. Campbell, WSBA #31703　　　*Attorney for Plaintiff*
　　*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206-622-1711

SEA/109757/139901/RDA/345249.1

<u>ORDER</u>

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that the above-entitled action be and the same is hereby dismissed with prejudice and without costs to any party.

DATED this 15th day of February, 2006.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

Presented by:

SCHWABE, WILLIAMSON &C.

By: <u>original signed</u>
    Jennifer L. Campbell, WSBA #31703
    Attorneys for Defendant Wal-Mart

Approved as to form, copy received;
Notice of presentation waived:

ANDERSON, BURNS & HOSTNIK

By: <u>original signed</u>
    Mark Triplett, WSBA #31179
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206-622-1711

SEA/109757/139901/RDA/345249.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

SEA/109757/139901/RDA/345249.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2006, I caused to be served the foregoing STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE on the following party at the following address:

Mark Triplett
Anderson, Burns & Hostnik
6915 Lakewood Dr. W., Ste. A-1
Tacoma, WA 98467
Telephone: (253) 475-4200 (ph)
Facsimile: (253) 475-2596 (fax)

*Attorney for Plaintiff*

by:

- [x] U.S. Postal Service, ordinary first class mail
- [ ] U.S. Postal Service, certified or registered mail, return receipt requested
- [ ] hand delivery
- [ ] facsimile
- [ ] electronic service
- [ ] other (specify) _____

Rebekah A. Davies

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206-622-1711

SEA/109757/139901/RDA/345249.1